

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number: 01-14-00394-CR

Style: Alfredo Rodriguez, Jr.

**v** The State of Texas

Date motion filed[*]: August 18, 2014

Type of motion: Third motion for extension of time to file reporter's record

Party filing motion: Court reporter, Patricia Palmer

Document to be filed: Reporter's record

If motion to extend time:

Original due date: June 9, 2014

Number of extensions granted: 2      Current Due date: August 11, 2014

Date Requested: September 11, 2014

Ordered that motion is:

     ☑    Granted

          If document is to be filed, document due: September 11, 2014

          ☑    No further extensions of time will be granted

     ☐    Denied

     ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐    Other: _____

**The motion is granted. The reporter's record is ordered filed no later than September 11, 2014. No further extensions of time will be granted.**

Judge's signature: /s/ Sherry Radack

          ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date: August 21, 2014

November 7, 2008 Revision